AO 91 Criminal Complaint - Revised 4/20

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) |
|---|---|
| v. | ) |
| HESHIMA HARRIS | ) Case No. 3:24-mj-781 RMS |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 2023 to August 2024** in the county of **New Haven** in the District of **Connecticut**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(C) | Conspiracy to Manufacture, Distribute, and Possess with the Intent to Distribute Controlled Substances |

This criminal complaint is based on these facts:

See attached affidavit of DEA Task Force Officer Andrew Pfeiffer, which is expressly incorporated herein.

☑ Continued on the attached sheet.

ANDREW PFEIFFER (Affiliate)
Digitally signed by ANDREW PFEIFFER (Affiliate)
Date: 2024.09.04 11:15:15 -04'00'

*Complainant's signature*

Andrew Pfeiffer, DEA Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 09/04/2024

Robert M. Spector
Digitally signed by Robert M. Spector
Date: 2024.09.04 13:28:25 -04'00'

*Judge's signature*

City and state: New Haven, Connecticut

Hon. Robert M. Spector U.S.M.J.
*Printed name and title*